↗ New Window   ·  Customize Page   ⌐⌐⌐

# View Paycheck

**Fredrick Wegener**

| | |
|---|---|
| **Net Pay:** | $1,229.83 |

**Company**
Contract Field Teams

**Address**
DynCorp International LLC
Contract Field Teams
Fort Worth, TX 76177

| | |
|---|---|
| **Pay Begin Date:** | 08/31/2012 |
| **Pay End Date:** | 09/13/2012 |
| **Check Date:** | 09/21/2012 |

Review the details of your paycheck. To view other checks, select   View a Different Paycheck
General

| | | | |
|---|---|---|---|
| **Name:** | Fredrick A Wegener | **Business Unit:** | DILL |
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000     Hourly |

Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **TX Marital Status:** | Single |
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Total:** | 62.00 | | 1,664.71 | **Total:** |

| Before Tax Deductions | | After Tax Deductions | | Employer Paid B. |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | |
| | | | | * Taxable |
| **Total:** | **83.25** | **Total:** | **40.16** | **Total:** |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
|---|---|---|---|
| Direct Deposit | 3281409 | Checking | 0000860031 |

New Window    Customize Page

# View Paycheck

**Fredrick Wegener**

| | |
|---|---|
| **Net Pay:** | $1,564.98 |

**Company**
Contract Field Teams

**Address**
DynCorp International LLC
Contract Field Teams
Fort Worth, TX 76177

| | |
|---|---|
| **Pay Begin Date:** | 09/28/2012 |
| **Pay End Date:** | 10/11/2012 |
| **Check Date:** | 10/19/2012 |

Review the details of your paycheck. To view other checks, select
General

View a Different Paycheck

**General**

| Name: | Fredrick A Wegener | Business Unit: | DILL |
|---|---|---|---|
| Employee ID: | 917386 | Pay Group: | Contract Field Teams |
| Address: | 6219 Big Springs Drive | Department: | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | Location: | JTRB Ft Worth  FSD |
| | | Job Title: | Ground Spt Ept (GSE) Mechanic |
| | | Pay Rate: | $26.850000        Hourly |

**Tax Data**

| Fed Marital Status: | Single | TX Marital Status: | Single |
|---|---|---|---|
| Fed Allowances: | 0 | TX Allowances: | 0 |
| Fed Addl Percent: | 0.000 | TX Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | TX Addl Amount: | $0.00 |

**Total:**        80.00                                    2,148.02    **Total:**

**Before Tax Deductions**

Description                Amount

**After Tax Deductions**

Description                Amount

**Employer Paid B**

Description

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | * Taxable |
| **Total:** | **83.25** | **Total:** | **40.16** | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
|---|---|---|---|
| Direct Deposit | 3305733 | Checking | 0000860031 |

# View Paycheck

## Fredrick Wegener

| | |
|---|---|
| **Net Pay:** | $0.00 |

| **Company** | | |
|---|---|---|
| Contract Field Teams | **Pay Begin Date:** | 10/19/2012 |
| **Address** | **Pay End Date:** | 10/19/2012 |
| DynCorp International LLC | **Check Date:** | 10/19/2012 |
| Contract Field Teams | | |
| Fort Worth, TX 76177 | | |

Review the details of your paycheck. To view other checks, select    View a Different Paycheck

General

| **Name:** | Fredrick A Wegener | **Business Unit:** | DILL |
|---|---|---|---|
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000      Hourly |

Tax Data

| **Fed Marital Status:** Single | **TX Marital Status:** | Single |
|---|---|---|
| **Fed Allowances:** 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** $0.00 | **TX Addl Amount:** | $0.00 |

Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions |
|---|---|---|---|---|
| **Current** | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | Taxes |
|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description |
| | | | | Fed Withholdng |
| | | | | Fed MED/EE |
| | | | | Fed OASDI/EE |
| | | | | Fed OASDI/EE |

| **Total:** | | | | **Total:** |
|---|---|---|---|---|

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Be |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

401k Discr

* Taxable

**Total:**                    **Total:**                    **Total:**  .

This payment resulted in a net pay of zero.

New Window    Customize Page

# View Paycheck

Fredrick Wegener

| | | |
|---|---|---|
| **Net Pay:** | $1,564.99 | |

**Company**

Contract Field Teams

| | | |
|---|---|---|
| **Pay Begin Date:** | 10/12/2012 |

**Address**

DynCorp International LLC

| | | |
|---|---|---|
| **Pay End Date:** | 10/25/2012 |

Contract Field Teams

| | | |
|---|---|---|
| **Check Date:** | 11/02/2012 |

Fort Worth, TX 76177

Review the details of your paycheck. To view other checks, select    View a Different Paycheck
General

| | | | |
|---|---|---|---|
| **Name:** | Fredrick A Wegener | **Business Unit:** | DILL |
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000      Hourly |

Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **TX Marital Status:** | Single |
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Total:** | 80.00 | | 2,148.02 | **Total:** |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid B |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | * Taxable |
| **Total:** | **83.25** | **Total:** | **40.16** | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
| --- | --- | --- | --- |
| Direct Deposit | 3314478 | Checking | 0000860031 |

## View Paycheck

**Fredrick Wegener**

| | |
|---|---|
| **Net Pay:** | $1,565.03 |

**Company**

Contract Field Teams

| | |
|---|---|
| **Pay Begin Date:** | 10/26/2012 |
| **Pay End Date:** | 11/08/2012 |
| **Check Date:** | 11/16/2012 |

**Address**

DynCorp International LLC
Contract Field Teams
Fort Worth, TX 76177

Review the details of your paycheck. To view other checks, select      View a Different Paycheck

General

| Name: | Fredrick A Wegener | Business Unit: | DILL |
|---|---|---|---|
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000       Hourly |

Tax Data

| **Fed Marital Status:** | Single | **TX Marital Status:** | Single |
|---|---|---|---|
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

| **Total:** | | 80.00 | | 2,148.06 | **Total:** |
|---|---|---|---|---|---|

| Before-Tax Deductions | | After Tax Deductions | | | Employer Paid Bt |
|---|---|---|---|---|---|
| Description | Amount | Description | | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | |
| | | | | * Taxable |
| **Total:** | **83.25** | **Total:** | **40.16** | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
|---|---|---|---|
| Direct Deposit | 3325787 | Checking | 0000860031 |

New Window   · Customize Page

# View Paycheck

Fredrick Wegener

|  |  |
|---|---|
| **Net Pay:** | $1,565.01 |

**Company**

Contract Field Teams

| **Pay Begin Date:** | 11/09/2012 |
|---|---|

**Address**

DynCorp International LLC

| **Pay End Date:** | 11/22/2012 |
|---|---|

Contract Field Teams

| **Check Date:** | 11/30/2012 |
|---|---|

Fort Worth, TX 76177

Review the details of your paycheck.  To view other checks, select     View a Different Paycheck
General

| Name: | Fredrick A Wegener | Business Unit: | DILL |
|---|---|---|---|
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000       Hourly |

Tax Data

| Fed Marital Status: | Single | TX Marital Status: | Single |
|---|---|---|---|
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

**Total:**                80.00                                    2,148.04    **Total:**

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid B( |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | * Taxable |
| **Total:** | 83.25 | **Total:** | 40.16 | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
|---|---|---|---|
| Direct Deposit | 3337348 | Checking | 0000860031 |

↗ New Window   · Customize Page   http

## View Paycheck

**Fredrick Wegener**

| | |
|---|---|
| **Company** | **Net Pay:** $1,564.99 |
| Contract Field Teams | |
| **Address** | **Pay Begin Date:** 11/23/2012 |
| DynCorp International LLC | **Pay End Date:** 12/06/2012 |
| Contract Field Teams | **Check Date:** 12/14/2012 |
| Fort Worth, TX 76177 | |

Review the details of your paycheck. To view other checks, select   View a Different Paycheck
General

| | | | |
|---|---|---|---|
| **Name:** | Fredrick A Wegener | **Business Unit:** | DILL |
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000      Hourly |

Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **TX Marital Status:** | Single |
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

**Total:**           80.00                            2,148.01    **Total:**

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Be |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
|---|---|---|---|---|
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | |
| | | | | * Taxable |
| **Total:** | **83.25** | **Total:** | **40.16** | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
|---|---|---|---|
| Direct Deposit | 3354670 | Checking | 0000860031 |

New Window    ·  Customize Page        Http

# View Paycheck

**Fredrick Wegener**

| | | |
|---|---|---|
| **Net Pay:** | $1,565.00 | |

**Company**
Contract Field Teams

**Address**
DynCorp International LLC
Contract Field Teams
Fort Worth, TX 76177

| | |
|---|---|
| **Pay Begin Date:** | 12/07/2012 |
| **Pay End Date:** | 12/20/2012 |
| **Check Date:** | 12/28/2012 |

Review the details of your paycheck. To view other checks, select    View a Different Paycheck

### General

| | | | |
|---|---|---|---|
| **Name:** | Fredrick A Wegener | **Business Unit:** | DILL |
| **Employee ID:** | 917386 | **Pay Group:** | Contract Field Teams |
| **Address:** | 6219 Big Springs Drive | **Department:** | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | **Location:** | JTRB Ft Worth  FSD |
| | | **Job Title:** | Ground Spt Ept (GSE) Mechanic |
| | | **Pay Rate:** | $26.850000      Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **TX Marital Status:** | Single |
| **Fed Allowances:** | 0 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Total:** | 80.00 | | 2,148.03 | **Total:** |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid B |
|---|---|---|---|---|
| Description | Amount | Description | Amount | Description |

| Group Medi | 69.99 | Loan #2 | 40.16 | Group Medi |
| Dental Ins | 9.77 | | | Dental Ins |
| Vision Car | 2.75 | | | Life Insur |
| Vol ADD | 0.74 | | | Life Insur* |
| | | | | Accidental |
| | | | | Short Term |
| | | | | |
| | | | | * Taxable |
| **Total:** | 83.25 | **Total:** | 40.16 | **Total:** |

Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number |
| --- | --- | --- | --- |
| Direct Deposit | 3361371 | Checking | 0000860031 |

| Contract Field Teams<br>DynCorp International LLC, Contract Field Teams<br>Fort Worth, TX 76177 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | CFT-Contract Field Teams<br>12/21/2012<br>01/03/2013 | Business Unit:<br>Advice #:<br>Advice Date: | DILL<br>000000003371226<br>01/11/2013 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| Fredrick A Wegener<br>6219 Big Springs Drive<br>Arlington, TX 76001 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 917386<br>94301229-NAVAIR Corrosion Ctrl-JRB SCA<br>JTRB Ft Worth FSD<br>Ground Spt Ept (GSE) Mechanic<br>$26.850000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday - 100% | | 16.00 | 429.60 | 16.00 | 429.60 | Fed Withholding | 342.43 | 342.43 |
| Regular Pay - 100% | | 64.00 | 1,718.45 | 64.00 | 1,718.45 | Fed MED/EE | 29.95 | 29.95 |
| | | | | | | Fed OASDI/EE | 128.08 | 128.08 |
| **TOTAL:** | | **80.00** | **2,148.05** | **80.00** | **2,148.05** | **TOTAL:** | **500.46** | **500.46** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Group Medical/Health | 71.53 | 71.53 | 401(k) Loan #2 | 40.16 | 40.16 | Group Medical/Health | 132.85 | 132.85 |
| Dental Insurance | 9.77 | 9.77 | | | | Dental Insurance | 6.51 | 6.51 |
| Vision Care | 2.84 | 2.84 | | | | Life Insurance | 12.63 | 12.63 |
| Voluntary AD/D | 0.74 | 0.74 | | | | Life Insurance* | 2.56 | 2.56 |
| | | | | | | Accidental D&D | 1.32 | 1.32 |
| | | | | | | Short Term Disability | 23.41 | 23.41 |
| **TOTAL:** | **84.88** | **84.88** | **TOTAL:** | **40.16** | **40.16** | **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,148.05 | 2,065.73 | 500.46 | 125.04 | 1,522.55 |
| YTD | 2,148.05 | 2,065.73 | 500.46 | 125.04 | 1,522.55 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | -2.5 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 0.0 | 0.0 | Advice #000000003371226 | Checking | 0000860031 | 1,522.55 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | -2.5 | 0.0 | TOTAL: | | | 1,522.55 |

MESSAGE: Introducing DI's new PDF paycheck. Questions or concerns, email payroll@dyn-intl.com

| Contract Field Teams | Pay Group: | CFT-Contract Field Teams | | Business Unit: | DILL |
|---|---|---|---|---|---|
| DynCorp International LLC, Contract Field Teams | Pay Begin Date: | 01/04/2013 | | Advice #: | 000000003383326 |
| Fort Worth, TX 76177 | Pay End Date: | 01/17/2013 | | Advice Date: | 01/25/2013 |

|  |  |  |  | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|---|
| Fredrick A Wegener | Employee ID: | 917386 | | Marital Status: | Single | Single |
| 6219 Big Springs Drive | Department: | 94301229-NAVAIR Corrosion Ctrl-JRB SCA | | Allowances: | 0 | 0 |
| Arlington, TX 76001 | Location: | JTRB Ft Worth  FSD | | Addl. Percent: | | |
| | Job Title: | Ground Spt Ept (GSE) Mechanic | | Addl. Amount: | | |
| | Pay Rate: | $26.850000 Hourly | | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay - 100% | | 80.00 | 2,148.01 | 144.00 | 3,866.46 |
| Holiday - 100% | | | 0.00 | 16.00 | 429.60 |
| **TOTAL:** | | **80.00** | **2,148.01** | **160.00** | **4,296.06** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 342.42 | 684.85 |
| Fed MED/EE | 29.96 | 59.91 |
| Fed OASDI/EE | 128.07 | 256.15 |
| **TOTAL:** | **500.45** | **1,000.91** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Group Medical/Health | 71.53 | 143.06 |
| Dental Insurance | 9.77 | 19.54 |
| Vision Care | 2.84 | 5.68 |
| Voluntary AD/D | 0.74 | 1.48 |
| **TOTAL:** | **84.88** | **169.76** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan #2 | 40.16 | 80.32 |
| **TOTAL:** | **40.16** | **80.32** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Group Medical/Health | 132.85 | 265.70 |
| Dental Insurance | 6.51 | 13.02 |
| Life Insurance | 12.63 | 25.26 |
| Life Insurance* | 2.56 | 5.12 |
| Accidental D&D | 1.32 | 2.64 |
| Short Term Disability | 23.41 | 46.82 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,148.01 | 2,065.69 | 500.45 | 125.04 | 1,522.52 |
| YTD | 4,296.06 | 4,131.42 | 1,000.91 | 250.08 | 3,045.07 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | -2.5 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| Adjustments | 0.0 | 0.0 |
| End Balance | -2.5 | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000003383326 | Checking | 0000860031 | 1,522.52 |
| **TOTAL:** | | | **1,522.52** |

MESSAGE: 2012 W2?s will be mailed by 01/31.  W-2 hotline opens on 02/15, questions email PR-W2@dyn-intl.com

| Contract Field Teams<br>DynCorp International LLC, Contract Field Teams<br>Fort Worth, TX 76177 | Pay Group: | CFT-Contract Field Teams | | Business Unit: | DILL | |
|---|---|---|---|---|---|---|
| | Pay Begin Date: | 01/18/2013 | | Advice #: | 000000003397767 | |
| | Pay End Date: | 01/31/2013 | | Advice Date: | 02/08/2013 | |

| | | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|---|
| Fredrick A Wegener<br>3219 Big Springs Drive<br>Arlington, TX 76001 | Employee ID: | 917386 | | Marital Status: | Single | Single |
| | Department: | 94301229-NAVAIR Corrosion Ctrl-JRB SCA | | Allowances: | 0 | 0 |
| | Location: | JTRU Ft Worth FSD | | Addl. Percent: | | |
| | Job Title: | Ground Spt Ept (GSE) Mechanic | | Addl. Amount: | | |
| | Pay Rate: | $26.850000 Hourly | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday - 100% | | 8.00 | 214.80 | 24.00 | 644.40 | Fed Withholding | 308.85 | 993.70 |
| Regular Pay - 100% | | 67.00 | 1,798.95 | 211.00 | 5,665.41 | Fed MED/EE | 28.00 | 87.91 |
| | | | | | | Fed OASDI/EE | 119.75 | 375.90 |
| TOTAL: | | 75.00 | 2,013.75 | 235.00 | 6,309.81 | TOTAL: | 456.60 | 1,457.51 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Group Medical/Health | 71.53 | 214.59 | 401(k) Loan #2 | 40.16 | 120.48 | Group Medical/Health | 132.85 | 398.55 |
| Dental Insurance | 9.77 | 29.31 | | | | Dental Insurance | 6.51 | 19.53 |
| Vision Care | 2.84 | 8.52 | | | | Life Insurance | 12.63 | 37.89 |
| Voluntary AD/D | 0.74 | 2.22 | | | | Life Insurance* | 2.56 | 7.68 |
| | | | | | | Accidental D&D | 1.32 | 3.96 |
| | | | | | | Short Term Disability | 23.41 | 70.23 |
| TOTAL: | 84.88 | 254.64 | TOTAL: | 40.16 | 120.48 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,013.75 | 1,931.43 | 456.60 | 125.04 | 1,432.11 |
| YTD | 6,309.81 | 6,062.85 | 1,457.51 | 375.12 | 4,477.18 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | -2.5 | 0.0 | | | Account Type | Account Number | Deposit Amount |
| + Earned | 0.0 | 0.0 | Advice #000000003397767 | Checking | 0000860031 | 1,432.11 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| - Adjustments | 0.0 | 0.0 | | | | |
| End Balance | -2.5 | 0.0 | TOTAL: | | | 1,432.11 |

MESSAGE:

| Contract Field Teams | Pay Group: | CFT-Contract Field Teams | Business Unit: | DILL |
|---|---|---|---|---|
| DynCorp International LLC, Contract Field Teams | Pay Begin Date: | 02/01/2013 | Advice #: | 000000003412436 |
| Fort Worth, TX 76177 | Pay End Date: | 02/14/2013 | Advice Date: | 02/22/2013 |

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Fredrick A Wegener | Employee ID: | 917386 | Marital Status: | Single | Single |
| 6219 Big Springs Drive | Department: | 94301229-NAVAIR Corrosion Ctrl-JRB SCA | Allowances: | 0 | 0 |
| Arlington, TX 76001 | Location: | JTRB Ft Worth FSD | Addl. Percent: | | |
| | Job Title: | Ground Spt Ept (GSE) Mechanic | Addl. Amount: | | |
| | Pay Rate: | $26.850000 Hourly | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay - 100% | 80.00 | 2,148.02 | | 291.00 | 7,813.43 | Fed Withholding | 338.04 | 1,331.74 |
| Holiday - 100% | | 0.00 | | 24.00 | 644.40 | Fed MED/EE | 29.95 | 117.86 |
| | | | | | | Fed OASDI/EE | 128.07 | 503.97 |
| TOTAL: | | 80.00 | 2,148.02 | 315.00 | 8,457.83 | TOTAL: | 496.06 | 1,953.57 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Group Medical/Health | 71.53 | 286.12 | 401(k) Loan #2 | 40.16 | 160.64 | Group Medical/Health | 132.85 | 531.40 |
| Dental Insurance | 9.77 | 39.08 | | | | Dental Insurance | 6.51 | 26.04 |
| Vision Care | 2.84 | 11.36 | | | | Life Insurance | 12.63 | 50.52 |
| Voluntary AD·D | 0.74 | 2.96 | | | | Life Insurance* | 2.56 | 10.24 |
| | | | | | | Accidental D&D | 1.32 | 5.28 |
| | | | | | | Short Term Disability | 23.41 | 93.64 |
| TOTAL: | 84.88 | 339.52 | TOTAL: | 40.16 | 160.64 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,148.02 | 2,065.70 | 496.06 | 125.04 | 1,526.92 |
| YTD | 8,457.83 | 8,128.55 | 1,953.57 | 500.16 | 6,004.10 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | -2.5 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 0.0 | 0.0 | Advice #000000003412436 | Checking | 0000860031 | 1,526.92 |
| - Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | -2.5 | 0.0 | TOTAL: | | | 1,526.92 |

MESSAGE:

# View Paycheck
Fredrick Wegener

**Net Pay:**  $1,526.96

**Company**
Contract Field Teams
**Address**
DynCorp International LLC
Contract Field Teams
Fort Worth, TX 76177

**Pay Begin Date:** 02/15/2013
**Pay End Date:** 02/28/2013
**Check Date:** 03/08/2013

Review the details of your paycheck. To view other checks, select

View a Different Paycheck

### General

| Name: | Fredrick A Wegener | Business Unit: | DILL |
|---|---|---|---|
| Employee ID: | 917386 | Pay Group: | Contract Field Teams |
| Address: | 6219 Big Springs Drive | Department: | 94301229 - NAVAIR Corrosion Ct |
| | Arlington, TX 76001 | Location: | JTRB Ft Worth  FSD |
| | | Job Title: | Ground Spt Ept (GSE) Mechanic |
| | | Pay Rate: | $26.850000    Hourly |

### Tax Data

| Fed Marital Status: | Single | TX Marital Status: | Single |
|---|---|---|---|
| Fed Allowances: | 0 | TX Allowances: | 0 |
| Fed Addl Percent: | 0.000 | TX Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | TX Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions |
|---|---|---|---|---|
| Current | 2,148.10 | 2,065.78 | 496.10 | 125.04 |
| YTD | 10,605.93 | 10,194.33 | 2,449.67 | 625.20 |

Earnings

Taxes