**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **13−41702−dml7**

| UNITED STATES BANKRUPTCY COURT Northern District of Texas |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/15/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Fredrick Andrew Wegener<br>314 Queens Court N Unit B<br>Mansfiled, TX 76063 | Meghan Leigh Casper<br>314 Queens Court N Unit B<br>Mansfiled, TX 76063 |
| Case Number:<br>13−41702−dml7 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2029<br>xxx−xx−1610 |
| Attorney for Debtor(s) (name and address):<br>Patrick Alan Swindell<br>Swindell & Associates, P.C.<br>6850 Manhattan Blvd., Suite 250<br>Ft. Worth, TX 76120<br>Telephone number: (817) 429−4118 | Bankruptcy Trustee (name and address):<br>John Dee Spicer<br>P.O. Box 820009<br>North Richland Hills, TX 76182<br>Telephone number: (214) 573−7331 |

## Meeting of Creditors

Date: **June 17, 2013**          Time: **08:30 AM**
Location: **Fritz G. Lanham Federal Building, 819 Taylor Street, Room 7A24, Ft. Worth, TX 76102**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/16/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>501 W. Tenth Street<br>Fort Worth, TX 76102<br>Telephone number: 817−333−6000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 4/16/13 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                             United States Bankruptcy Court
                               Northern District of Texas
In re:                                                                    Case No. 13-41702-dml
Fredrick Andrew Wegener                                                   Chapter 7
Meghan Leigh Casper
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0539-4           User: brebecek              Page 1 of 3                 Date Rcvd: Apr 16, 2013
                               Form ID: b9a                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db/jdb     +Fredrick Andrew Wegener,    Meghan Leigh Casper,    314 Queens Court N Unit B,
             Mansfiled, TX 76063-8319
15425300   +Associated Credit,    975 Eyster,    Rockledge, FL 32955-3512
15425301   +Attorney General of Texas,    6100 Western Place, Ste. 405,   Fort Worth, TX 76107-4693
15425305   +City of Fort Worth Municipal Court,    1000 Throckmorton,   Fort Worth, TX 76102-6311
15425307   +Corps of Egineers Federal Credit Union,    PO BOX 17630,   Fort Worth, TX 76102-0630
15425310   +Fair Collections & Outsourcing,    12304 Baltimore Ave #E,   Beltsville, MO 20705-1314
15425312   +Green Mountain Energy,    PO Box 42349,    Austin, Texas 78704-0040
15425315   +Linebarger Goggan Blair & Sampson, LLP,    2607 Stonewall Street,   PO Box 8248,
             Greenville, TX 75404-8248
15425316   +Long Beach Mortgage,    11200 W Parkland Ave,   Milwaukee, WI 53224-3127
15425319   +North Texas Childrens Anestesia,    PO BOX 163248,   Fort Worth, TX 76161-3248
15425320    Paramount Recovery Systems,    PO Box 788,   Lorena, Texas 76655-0788
15425324   +Sallie Mae Bankruptcy,    3rd Party LSC,    11100 USA Parkway,   Fishers, IN 46037-9203
15425325   +Swindell & Associates,    6850 Manhattan Blvd.,   Suite 250,   Ft. Worth, TX 76120-1221
15425327    USMD hospital fort worth,    PO BOX 46036,   Garland, TX 75046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: dfwcourt@borenswindell.com Apr 16 2013 22:54:21     Patrick Alan Swindell,
             Swindell & Associates, P.C.,   6850 Manhattan Blvd., Suite 250,   Ft. Worth, TX  76120
tr         +EDI: QJDSPICER.COM Apr 16 2013 22:48:00     John Dee Spicer,   P.O. Box 820009,
             North Richland Hills, TX 76182-0009
15425298   +EDI: AFNIRECOVERY.COM Apr 16 2013 22:48:00      AFNI, INC.*,   ATTN: DP RECOVERY,   P.O. BOX 3427,
             BLOOMINGTON, IL 61702-3427
15425299   +EDI: ACCE.COM Apr 16 2013 22:48:00     ASSET ACCEPTANCE*,   ATTN: BANKRUPTCY,   P.O. BOX 2036,
             WARREN, MI 48090-2036
15425302   +EDI: BANKAMER.COM Apr 16 2013 22:48:00     Bank of America - BK *,   NC4-105-03-14,
             4161 Piedmount Pkwy,    Greensboro, NC 27410-8110
15425303    EDI: CAPITALONE.COM Apr 16 2013 22:48:00      Capital One Bank *,   P.O. Box 85015,
             Richmond, VA 23285
15425304   +EDI: CHASE.COM Apr 16 2013 22:48:00     Chase/Bank one card serv,   PO BOX 15298,
             Wilmington, DE 19850-5298
15425308   +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Apr 16 2013 22:56:14     Credit Systems International *,
             1277 Country Club Ln,    Ft Worth, TX 76112-2304
15425309    EDI: DISCOVER.COM Apr 16 2013 22:48:00      Discover *,   Bankruptcy,   PO Box 8003,
             Hillard, OH 43026
15425314    EDI: IRS.COM Apr 16 2013 22:48:00     Internal Revenue Service,   ACS Support,   PO Box 8208,
             Philidelphia, PA 19101-8208
15425313    EDI: IRS.COM Apr 16 2013 22:48:00     Internal Revenue Service,
             Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
15425318   +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 16 2013 22:58:59     NCO FINANCIAL SYSTEMS*,
             507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2368
15425321    EDI: PRA.COM Apr 16 2013 22:48:00     Portfolio Recovery,   Riverside Commerce Center,
             120 Corporate Blvd.,    Norfolk, VA  23502-4962
15425323   +E-mail/Text: bk@residentcollect.com Apr 16 2013 22:58:34     Resident Collect,   4230 LBJ Frwy,
             Dallas, TX 75244-5806
15425326   +EDI: AISTMBL.COM Apr 16 2013 22:48:00      T-Mobile Bankruptcy *,   P.O. Box 53410,
             Bellevue, WA 98015-3410
15425328   +EDI: WFFC.COM Apr 16 2013 22:48:00     Wells Fargo *,   MAC P6103-05K,   PO Box 3908,
             Portland, OR 97208-3908
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15425306     Columbia House,   1400 North Fruitridge Avenue,   PO Box 1131,   Terre Haute, NH  48711
15425311*   +Fredrick Andrew Wegener,    314 Queens Court N Unit B,   Mansfiled, TX 76063-8319
15425317*   +Meghan Leigh Casper,    314 Queens Court N Unit B,   Mansfiled, TX 76063-8319
15425322   ##+Receivable performance,    10501 SE Main St #200,   portland, or 97222-7594
                                                                                TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0539-4           User: brebecek              Page 2 of 3                Date Rcvd: Apr 16, 2013
                               Form ID: b9a                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**                              **Signature:** _Joseph Speetjens_

```
District/off: 0539-4          User: brebecek              Page 3 of 3             Date Rcvd: Apr 16, 2013
                              Form ID: b9a                Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2013 at the address(es) listed below:

        John Dee Spicer    jds.ch7trusteedocs@sbcglobal.net, TX44@ecfcbis.com;jdspicer@ecf.epiqsystems.com
        Patrick Alan Swindell    on behalf of Joint Debtor Meghan Leigh Casper dfwcourt@borenswindell.com
        Patrick Alan Swindell    on behalf of Debtor Fredrick Andrew Wegener dfwcourt@borenswindell.com
        UST    U.S. Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

        TOTAL: 4