B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Texas
**Case No. 13–41702–dml7**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fredrick Andrew Wegener                    Meghan Leigh Casper
314 Queens Court N Unit B                    314 Queens Court N Unit B
Mansfiled, TX 76063                          Mansfiled, TX 76063

Social Security / Individual Taxpayer ID No.:
xxx–xx–2029                                  xxx–xx–1610

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                             BY THE COURT

Dated: 8/19/13                               D. Michael Lynn
                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                         Northern District of Texas
In re:                                                          Case No. 13-41702-dml
Fredrick Andrew Wegener                                         Chapter 7
Meghan Leigh Casper
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0539-4          User: admin                Page 1 of 3                   Date Rcvd: Aug 20, 2013
                              Form ID: b18               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
db/jdb     +Fredrick Andrew Wegener,    Meghan Leigh Casper,   314 Queens Court N Unit B,
             Mansfiled, TX 76063-8319
15425300   +Associated Credit,    975 Eyster,   Rockledge, FL 32955-3512
15425301   +Attorney General of Texas,    6100 Western Place, Ste. 405,   Fort Worth, TX 76107-4693
15425305   +City of Fort Worth Municipal Court,    1000 Throckmorton,   Fort Worth, TX 76102-6311
15425307   +Corps of Egineers Federal Credit Union,    PO BOX 17630,   Fort Worth, TX 76102-0630
15425310   +Fair Collections & Outsourcing,    12304 Baltimore Ave #E,   Beltsville, MO 20705-1314
15425312   +Green Mountain Energy,    PO Box 42349,   Austin, Texas 78704-0040
15425315   +Linebarger Goggan Blair & Sampson, LLP,    2607 Stonewall Street,   PO Box 8248,
             Greenville, TX 75404-8248
15425316   +Long Beach Mortgage,    11200 W Parkland Ave,   Milwaukee, WI 53224-3127
15425319   +North Texas Childrens Anestesia,    PO BOX 163248,   Fort Worth, TX 76161-3248
15425320    Paramount Recovery Systems,    PO Box 788,   Lorena, Texas 76655-0788
15425324   +Sallie Mae Bankruptcy,    3rd Party LSC,   11100 USA Parkway,   Fishers, IN 46037-9203
15425325   +Swindell & Associates,    6850 Manhattan Blvd.,   Suite 250,   Ft. Worth, TX 76120-1221
15425327    USMD hospital fort worth,   PO BOX 46036,    Garland, TX 75046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QJDSPICER.COM Aug 20 2013 22:03:00     John Dee Spicer,   P.O. Box 820009,
             North Richland Hills, TX 76182-0009
cr          E-mail/Text: sharon.floyd@fortworthtexas.gov Aug 20 2013 22:23:44     City of Fort Worth,
             1000 Throckmorton,    Fort Worth, TX 76102-6311
15425298   +EDI: AFNIRECOVERY.COM Aug 20 2013 22:03:00     AFNI, INC.*,   ATTN: DP RECOVERY,   P.O. BOX 3427,
             BLOOMINGTON, IL 61702-3427
15425299   +EDI: ACCE.COM Aug 20 2013 22:03:00     ASSET ACCEPTANCE*,   ATTN: BANKRUPTCY,   P.O. BOX 2036,
             WARREN, MI 48090-2036
15425302    EDI: BANKAMER.COM Aug 20 2013 22:03:00     Bank of America - BK *,   NC4-105-03-14,
             4161 Piedmount Pkwy,    Greensboro, NC 27420
15425303    EDI: CAPITALONE.COM Aug 20 2013 22:03:00     Capital One Bank *,   P.O. Box 85015,
             Richmond, VA 23285
15425304   +EDI: CHASE.COM Aug 20 2013 22:03:00     Chase/Bank one card serv,   PO BOX 15298,
             Wilmington, DE 19850-5298
15425308   +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Aug 20 2013 22:20:35     Credit Systems International *,
             1277 Country Club Ln,    Ft Worth, TX 76112-2304
15425309    EDI: DISCOVER.COM Aug 20 2013 22:03:00     Discover *,   Bankruptcy,   PO Box 8003,
             Hillard, OH 43026
15425314    EDI: IRS.COM Aug 20 2013 22:03:00     Internal Revenue Service,   ACS Support,   PO Box 8208,
             Philidelphia, PA 19101-8208
15425313    EDI: IRS.COM Aug 20 2013 22:03:00     Internal Revenue Service,
             Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
15425318   +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 20 2013 22:25:32     NCO FINANCIAL SYSTEMS*,
             507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2368
15425321    EDI: PRA.COM Aug 20 2013 22:03:00     Portfolio Recovery,   Riverside Commerce Center,
             120 Corporate Blvd.,    Norfolk, VA  23502-4962
15425323   +E-mail/Text: bk@residentcollect.com Aug 20 2013 22:24:59     Resident Collect,   4230 LBJ Frwy,
             Dallas, TX 75244-5806
15425326   +EDI: AISTMBL.COM Aug 20 2013 22:03:00     T-Mobile Bankruptcy *,   P.O. Box 53410,
             Bellevue, WA 98015-3410
15425328   +EDI: WFFC.COM Aug 20 2013 22:03:00     Wells Fargo *,   MAC P6103-05K,   PO Box 3908,
             Portland, OR 97208-3908
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15425306     Columbia House,   1400 North Fruitridge Avenue,   PO Box 1131,   Terre Haute, NH  48711
15425311*   +Fredrick Andrew Wegener,   314 Queens Court N Unit B,   Mansfiled, TX 76063-8319
15425317*   +Meghan Leigh Casper,   314 Queens Court N Unit B,   Mansfiled, TX 76063-8319
15425322   ##+Receivable performance,   10501 SE Main St #200,   portland, or 97222-7594
                                                                                 TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0539-4          User: admin              Page 2 of 3              Date Rcvd: Aug 20, 2013
                              Form ID: b18             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0539-4          User: admin              Page 3 of 3                  Date Rcvd: Aug 20, 2013
                              Form ID: b18             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2013 at the address(es) listed below:
          Douglas Edward Lattanzio    on behalf of Creditor    Corps of Engineers Federal Credit Union
           delattanzio@jamesondunagan.com
          John Dee Spicer    jds.ch7trusteedocs@sbcglobal.net,    TX44@ecfcbis.com;jdspicer@ecf.epiqsystems.com
          Patrick Alan Swindell    on behalf of Joint Debtor Meghan Leigh Casper dfwcourt@borenswindell.com
          Patrick Alan Swindell    on behalf of Debtor Fredrick Andrew Wegener dfwcourt@borenswindell.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov,    albert.loftus@usdoj.gov
                                                                                   TOTAL: 5